UNITED STATES of America,
Plaintiff—Appellee,

v.

Jose Jesus Beltran FERNANDEZ, aka
Chuy, Defendant—Appellant.

No. 03–50359.
D.C. No. CR–02–00410–GAF–02.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

Alexander A. Bustamante, Esq., Office of the U.S. Attorney, Riverside, CA, for Plaintiff–Appellee.

Christopher Johns, Esq., Johns & Allyn, San Rafael, CA, for Defendant–Appellant.

Before O'SCANNLAIN, CALLAHAN and BEA, Circuit Judges.

MEMORANDUM **

Jose Jesus Beltran Fernandez appeals the 121–month sentence imposed following his guilty plea conviction for conspiracy to possess with intent to distribute methamphetamine and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction pursuant to 18 U.S.C. § 3742.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

